**UNITED STATES of America,**
**Appellee,**

v.

**Roberto ARTEAGA–MENDEZ,**
**Appellant.**

No. 04–2143.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 9, 2005.

Decided: May 16, 2005.

* The Honorable James E. Gritzner, United States District Judge for the Southern District

Debra L. Scorpiniti, U.S. Attorney's Office, Des Moines, IA, for Appellee.

Roberto Arteaga–Mendez, Des Moines, IA, pro se.

Before BENTON, LAY, and FAGG, Circuit Judges.

PER CURIAM.

Roberto Arteaga–Mendez pleaded guilty to one count of conspiracy to distribute methamphetamine. In the written plea agreement, Arteaga–Mendez stipulated that he was responsible for between 500 grams and 1.5 kilograms of methamphetamine. Based on this drug quantity, the district court * sentenced Arteaga–Mendez to 135 months in prison, fifteen months more than the statutory mandatory minimum sentence.

Arteaga–Mendez appeals his sentence, arguing the Government failed to establish a factual basis for his plea. Based on Arteaga–Mendez's responses during the plea colloquy, the written plea agreement, and the agreement's stipulation of facts, however, the district court could reasonably decide Arteaga–Mendez likely committed the offense. *See United States v. Gamble*, 327 F.3d 662, 664 (8th Cir.2003). Although he made no objection in the district court, Arteaga–Mendez also challenges the district court's finding of drug quantity. The district court did not commit plain error because its drug quantity finding is based on Arteaga–Mendez's drug quantity stipulation and the unchallenged drug quantity calculation contained

of Iowa.

in the PSR. *See United States v. Beatty,* 9 F.3d 686, 690 (8th Cir.1993). We note Arteaga–Mendez does not raise any argument under *United States v. Booker,* ——— U.S. ———, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

We thus affirm Arteaga–Mendez's sentence.

